# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ENRIQUE ARRIAGA, | Case No. ED CV 15-02616 JVS (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHRIS LE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: August 10, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE